UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN COOK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-01864-M |
| | § | |
| LABORATORY CORPORATION OF | § | |
| AMERICA, ADP, LLC, and STEPHEN | § | |
| KRACHT, D.O., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS'
RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Laboratory Corporation of America Holdings, incorrectly identified in the Original Petition as Laboratory Corporation of America, ("LabCorp") hereby moves for judgment on the pleadings of Plaintiff Kevin Cook ("Plaintiff") pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for failure to plead facts sufficient to support a claim. As further grounds and also in support of its Motion, LabCorp incorporates its accompanying Memorandum of Law and supporting papers filed herewith.

WHEREFORE, for the reasons set forth above and in their accompanying Memorandum of Law and supporting papers filed herewith, LabCorp respectfully requests that the Court grant its Motion and that Plaintiff's claims against LabCorp be dismissed.

Respectfully submitted,

*/s/ Blake A. Bailey*

**Blake A. Bailey**
Texas State Bar No. 01514700
**Christopher R. Jones**
Texas State Bar No. 24070018
PHELPS DUNBAR LLP
115 Grand Avenue, Suite 222
Southlake, Texas 76092-7626
Phone: (817) 488-3134
Fax:     (817) 488-3214
Email:  *blake.bailey@phelps.com*
Email:  *chris.jones@phelps.com*


**Robert I. Steiner** (*admitted Pro Hac Vice*)
New York State Bar No. 2838621
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Phone: (212) 808-7800
Fax:     (212) 808-7897
Email:  *rsteiner@kelleydrye.com*

**Jennifer C. Barks** (*admitted Pro Hac Vice*)
Texas State Bar No. 24087257
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
Phone: (713) 355-5000
Fax:     (713) 355-5001
Email:  *jbarks@kelleydrye.com*

**ATTORNEYS FOR DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS**

## **CERTIFICATE OF SERVICE**

On this 17th day of August, 2018, I electronically submitted the foregoing document with the clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I therefore certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Blake A. Bailey*
Blake A. Bailey